

## NUMBER 13-12-00104-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

ELOY GARCIA AND AURORA GARCIA,                          Appellants,

v.

COMPASS BANK, N.A.,                                        Appellee.

On Appeal from the 398th District Court
of Hidalgo County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Vela
Memorandum Opinion Per Curiam**

The appellants' brief in the above cause was due on May 2, 2012. On May 18, 2012, the Clerk of the Court notified appellant that the brief had not been timely filed and that the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of the Court's letter, appellant reasonably explained the failure and the appellee was not

significantly injured by the appellant's failure to timely file a brief. To date, no response has been received from appellant.

Appellants have failed to either reasonably explain their failure to file a brief, file a motion for extension of time to file a brief, or file a brief. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a), 42.3(b).


PER CURIAM

Delivered and filed the
21st day of June, 2012.